UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GREGORY A. FIGEL,

    Petitioner,

v.                                                Case No. 2:06-cv-27
                                                    HON. ROBERT HOLMES BELL

BARRY MCLEMORE,

    Respondent.

_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

       The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

       THEREFORE, IT IS ORDERED that:

       1.       The Report and Recommendation of the Magistrate Judge (Docket #18) is approved and adopted as the opinion of the Court.

       2.       The petition for writ of habeas corpus is DISMISSED.

       3.       A certificate of appealability is DENIED as to each issue raised by the petitioner in this application for habeas corpus relief because petitioner has failed to make a "substantial showing of a denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Dated: January 29, 2009                                 /s/ Robert Holmes Bell
                                                                        ROBERT HOLMES BELL
                                                                         UNITED STATES DISTRICT JUDGE